```
 1   LAWRENCE J. GORNICK (SBN 136290)
     EMILY M. CHARLEY (SBN 238542)
 2   LEVIN SIMES KAISER & GORNICK LLP
     One Bush Street, 14th Floor
 3   San Francisco, CA  94104
     Telephone: 415-646-7160
 4   Facsimile: 415-981-1270
 5
     Attorneys for Plaintiff
 6

 7
                        UNITED STATES DISTRICT COURT
 8
                       NORTHERN DISTRICT OF CALIFORNIA
 9
10
11
     DENISE L. OUTLAW,                  )   CASE NO.  C 06 1857 JSW
12                                      )
                Plaintiff,              )   Before the Honorable JEFFREY S. WHITE
13                                      )
           v.                           )   [PROPOSED] ORDER VACATING
14                                      )   AND/OR CONTINUING CASE
     ASTRAZENECA PHARMACEUTICALS,       )   MANAGEMENT CONFERENCE
15   L.P., ASTRAZENECA, L.P., AND ELI LILLY )
     AND COMPANY,                       )
16                                      )   Conference Date:    July 7, 2006
                                        )   Conference Time:    1:30 PM
17              Defendants.             )   Location:           Courtroom 2, 17th Floor
18                                      )
                                        )
19                                      )
                                        )
20                                      )
```

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the July 7, 2006 Case Management Conference ("CMC") to December 22, 2006, at 1:30 p.m. In the event the case is not transferred as part of the MDL No. 1769 – *In re Seroquel Products Liability Litigation* and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far

1 | enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7
2 | calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.** Plaintiff is HEREBY ORDERED to serve Defendants within 120 days of the date of this Order.

DATED: June 29, 2006

*Jeffrey S White*

Honorable JEFFREY S. WHITE
United States District Court Judge

- 4 -

[PROPOSED] ORDER