```
1   LAWRENCE J. GORNICK (SBN 136290)
    DENNIS J. CANTY (SBN 207978)
2   EMILY M. CHARLEY (SBN 238542)
    **LEVIN SIMES KAISER & GORNICK LLP**
3   One Bush Street, 14th Floor
    San Francisco, CA  94104
4   Telephone: 415-646-7160
5   Facsimile: 415-981-1270

6   Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DENISE L. OUTLAW, | CASE NO. C 06 1857 JSW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DISMISSING ASTRAZENECA PHARMACEUTICALS, L.P., AND ASTRAZENECA, L.P. WITHOUT PREJUDICE |
| v. | |
| ASTRAZENECA PHARMACEUTICALS, L.P., et al. | |
| Defendants. | |

Pursuant to Plaintiff's motion, ~~Defendants ASTRAZENECA PHARMACEUTICALS, L.P., AND ASTRAZENECA, L.P., are hereby dismissed without prejudice from the captioned action.~~ and for the reasons set forth in the Court's Order in *Theodorou v. Astrazeneca Pharmaceuticals, L.P., et al.*, Defendants Astrazeneca Pharmaceuticals, L.P. and Astrazeneca L.P. are dismissed without prejudice from the above captioned action.

**IT IS SO ORDERED.**

Dated: July 19, 2006

_____
The Honorable Jeffrey S. White
United States District Court Judge

- 1 -