James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Dana M. Reedy (State Bar No. 239970)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Email: jmwood@reedsmith.com
       cdavies@reedsmith.com
       dreedy@reedsmith.com

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:  510.763.2000
Facsimile:  510.273.8832

Attorneys for Defendant
Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE L. OUTLAW,<br><br>        Plaintiff,<br><br>vs.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., AND ELI LILLY AND COMPANY,<br><br>        Defendants. | No. C 06-1857 JSW<br><br>Before the Honorable Jeffrey S. White<br><br>[~~PROPOSED~~] ORDER VACATING ~~AND/OR CONTINUING~~ CASE MANAGEMENT CONFERENCE<br><br>Conference Date:  December 22, 2006<br>Conference Time:  1:30 p.m.<br>Location:        Courtroom 2, 17th Fl., SF |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: C 06 1857 JSW                — 1 —                DOCSOAK-9856387.1-DREEDY
[~~Proposed~~] Order Continuing Case Management Conference

For the reasons set forth in the Joint Case Management Conference Statement, the Court hereby ~~continues~~ VACATES the December 22, 2006, Case Management Conference ("CMC") ~~to _____, at _____, by which time this case will likely have been transferred to the Eastern District of New York as part of MDL No. 1596 – In re Zyprexa Liability Litigation~~. In the event this case is not transferred to the MDL ~~far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the new CMC date.~~ the parties shall file a request to put this matter back on the Court's calendar.

IT IS SO ORDERED

DATED: December 8, 2006

_____
The Honorable Jeffrey S. White

---

No.: C 06 1857 JSW  — 2 —  DOCSOAK-9856387.1-DREEDY
[~~Proposed~~] Order Continuing Case Management Conference